UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. TURNER,<br><br>  Plaintiffs,<br><br>  v.<br><br>DISCOVER BANK, et al.,<br><br>  Defendants. | Case No.  1:22-cv-00923-JLT-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT DISCOVER BANK ONLY FROM THE DOCKET IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 5) |

   This matter is before the Court on Plaintiff's notice of voluntary dismissal as to Defendant Discovery Bank only (ECF No. 5), with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as no answer or motion for summary judgment has been filed.[1] In light of the voluntary dismissal, the case against Defendant Discover Bank has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

\\\

\\\

\\\

---

[1] The notice of removal represents that all pleadings currently on file in the State Court were attached upon removal. (ECF No. 1, p. 2). Upon review, none of the attached documents include an answer or motion for summary judgment.

1

Accordingly, the Clerk of Court is respectfully directed to terminate only Defendant Discover Bank from the docket.

IT IS SO ORDERED.

Dated:  **August 8, 2022**                                /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE