UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. TURNER,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 1:22-cv-00923-JLT-EPG<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A DISMISSAL DOCUMENT<br><br>(ECF No. 13) |

This matter is before the Court on Plaintiff's motion for extension of time to file a dismissal document as to the remaining Defendant in this case, Equifax Information Services, LLC. (ECF No. 13). As grounds, Plaintiff states as follows: "The settlement between Plaintiff and Equifax is not yet completed. Plaintiff's counsel is working diligently to obtain Plaintiff's signature on the settlement agreement such that the case may be dismissed. Furthermore, Plaintiff and Equifax must confer as to the form of the dismissal document, because Defendant Equifax did file an Answer in this matter." Plaintiff requests an extension to December 21, 2022, to file a dismissal document.

\\\
\\\
\\\
\\\
\\\

1

Upon review, IT IS ORDERED that Plaintiff's motion for extension of time to December 21, 2022, to file a dismissal document (ECF No. 13) is granted.

IT IS SO ORDERED.

Dated:   **November 22, 2022**                              /s/ Erica P. Grosjean
                                                                                   UNITED STATES MAGISTRATE JUDGE