UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No.   1:22-cv-00923-JLT-EPG<br><br>ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 17) |

　　　　This action alleges violations of the Fair Credit Reporting Act. (ECF No. 1). The remaining Defendant, Equifax Information Services, LLC, filed its answer on August 29, 2022. (ECF No. 7, *see* ECF No. 6).

　　　　On January 9, 2023, the Court ordered the parties to show cause why sanctions should not issue against them for failure to timely file a dispositional document in compliance with the Court's orders and Local Rule 160(b). (ECF Nos. 14, 15, 16). On January 10, 2023, Plaintiff filed a notice of voluntary dismissal with prejudice as to Defendant Equifax. (ECF No. 17). However, a notice of voluntary dismissal may only be filed "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). As the Court noted in its January 9, 2023 order: "Because Defendant Equifax filed an answer, the parties should file a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which must be 'signed by all parties who have appeared.'" (ECF No. 16, p. 2, n.1).

1

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's notice of voluntary dismissal (ECF No. 17) is ineffective to dismiss this case.
2. Plaintiff and Defendant Equifax have until no later January 23, 2023, to file a written response to the order to show cause.
3. Alternatively, by no later than January 23, 2023, Plaintiff and Defendant Equifax may file an appropriate dismissal document compliant with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or a filing explaining why they are unable to do so.
4. The failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated:  **January 12, 2023**               /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

2